**Roman McCARTHY, Plaintiff– Appellant,**

v.

**Mike WICK, Defendant–Appellee.**

**No. 07–35805.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Jan. 23, 2009.

Roman McCarthy, Deer Lodge, MT, pro se.

Roger T. Witt, Ugrin Alexander Zadick & Higgins, PC, Great Falls, MT, for Defendant–Appellee.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, BYBEE and CALLAHAN, Circuit Judges.

MEMORANDUM ***

Roman McCarthy, a Montana state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's order dismissing for failure to exhaust administrative remedies, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir. 2003), and we affirm.

The district court properly dismissed the action because McCarthy did not complete the prison grievance process prior to filing suit. *See Woodford v. Ngo,* 548 U.S. 81, 85, 90, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that proper exhaustion under § 1997e(a) is mandatory and requires compliance with the administrative grievance system's procedural rules).

We deny McCarthy's motion for appointment of counsel on appeal. *See Terrell v. Brewer,* 935 F.2d 1015, 1017 (9th Cir.1991) (requiring "exceptional circumstances" for the appointment of counsel).

McCarthy's remaining contentions are unpersuasive.

**AFFIRMED.**

---

\*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.